**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DIEGO CORDOBA,**

**Plaintiff,** **CASE NO.:**

**v.**

**MICROSOFT CORPORATION,**

**Defendant.**

_________________________________/

## COMPLAINT

Plaintiff, DIEGO CORDOBA, by and through his undersigned counsel, hereby sues Defendant, MICROSOFT CORPORATION, and states as follows:

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to the Family and Medical Leave Act (FMLA), 29 U.S.C. §2601, *et seq*.

2. Venue lies within United States District Court for the Middle District of Florida, Tampa Division because a substantial part of the events giving rise to this claim occurred in this Judicial District and is therefore proper pursuant to 28 U.S.C. 1391(b).

## PARTIES

3. Plaintiff, DIEGO CORDOBA (hereinafter as "Plaintiff"), is a resident of Hillsborough County, Florida, at all times material and was an employee of

Defendant within the meaning of the Family and Medical Leave Act (FMLA).

4. Defendant, MICROSOFT CORPORATION (hereinafter as "Defendant"), is a foreign corporation authorized and doing business in this Judicial District.

**GENERAL ALLEGATIONS**

5. At all times material, Defendant acted with malice and reckless disregard for Plaintiff's federally protected rights.

6. At all times material, Plaintiff was qualified to perform his job duties within the legitimate expectations of his employer.

7. Plaintiff has retained the undersigned counsel to represent him in this action and is obligated to pay them a reasonable fee for their services.

8. Plaintiff requests a jury trial for all issues so triable.

**FACTUAL ALLEGATIONS**

9. Plaintiff began his employment with Defendant in or around August 1, 2022 as a Software Engineer.

10. On September 4, 2024, Plaintiff received the Spot performance based award.

11. On September 25, 2024, Plaintiff informs Avinash and Sharoon from Human Resources that he is expecting a child in early 2025 and inquired about parental leave.

12. On or around January 3, 2025, Plaintiff requested FMLA (Parental leave) to begin on or around February 8, 2025, for the birth of his child.

13. On January 30, 2025, Mr. Mishra requested a one-on-one call with Plaintiff. Joining the call was HR Director, Denise Westerdahl. Ms. Westerdahl terminated Plaintiff for not meeting expectations.

14. Shortly afterwards, Plaintiff receives the termination email from Ms. Westerdahl. The Plaintiff asked if his FMLA was approved, and Ms. Westerdahl responded that he was not eligible for it.

## COUNT I
## FAMILY MEDICAL LEAVE ACT – INTERFERENCE

15. Plaintiff realleges and adopts, as if fully set forth herein, the allegations stated in Paragraphs 1 through 14.

16. Plaintiff is an individual entitled to protection under the Family and Medical Leave Act (FMLA), 29 U.S.C. §2601, *et seq*.

17. Plaintiff is an eligible employee within the meaning of the FMLA because Plaintiff worked for Defendant for twelve (12) months and had at least 1,250 hours of service for the Defendant during twelve (12) months immediately preceding his FMLA leave.

18. Plaintiff is a covered employee within the meaning of FMLA.

19. Defendant's actions interfered with Plaintiff's lawful exercise of his

FMLA rights and constitute violations of the FMLA.

20. As a result of Defendant's unlawful actions Plaintiff has suffered damages.

WHEREFORE, Plaintiff, DIEGO CORDOBA, prays for judgment against the Defendant, MICROSOFT CORPORATION, for the following damages:

a. Back pay and benefits;

b. Prejudgment interest on back pay and benefits;

c. Front pay and benefits;

d. Liquidated damages;

e. Attorneys' fees and costs;

f. Injunctive relief; and

g. For any other relief, this Court deems just and equitable.

## COUNT II
## (FAMILY AND MEDICAL LEAVE ACT – RETALIATION)

21. Plaintiff realleges and adopts, as if fully set forth herein, the allegations stated in paragraphs 1 through 14.

22. Defendant retaliated against Plaintiff in violation of the FMLA in that Plaintiff's request for time off and utilization of qualified FMLA leave was a substantial or motivating factor that prompted Defendant to terminate Plaintiff.

23. Defendant's actions constitute a violation of the FMLA.

24. As a result of Defendant's actions Plaintiff has suffered damages.

WHEREFORE, Plaintiff, DIEGO CORDOBA, respectfully requests all legal and equitable relief allowed by law including judgment against Defendant, MICROSOFT CORPORATION for:

a. Back pay and benefits;

b. Prejudgment interest on back pay and benefits;

c. Front pay and benefits;

d. Liquidated damages;

e. Attorneys' fees and costs;

f. Injunctive relief; and

g. For any other relief, this Court deems just and equitable.

**DEMAND FOR JURY TRIAL**

25. Plaintiff, DIEGO CORDOBA, requests a jury trial on all issues so triable.

Dated this 5th day of March 2025.

**FLORIN | GRAY**

*/s/ Troy Longman II*
**TROY LONGMAN, II, ESQUIRE**
Florida Bar No.: 1031921
Primary: tlongman@floringray.com
Secondary: debbie@floringray.com
**CHRISTOPHER GRAY, ESQUIRE**
Florida Bar No.: 90204

chris@fgbolaw.com
Secondary: debbie@floringray.com
16524 Pointe Village Drive, Suite 100
Lutz, FL 33558
Telephone (727) 220-4000
Facsimile (727) 483-7942
*Trial Attorneys for Plaintiff*